■ In the Matter of KEVIN PHILLIP, Petitioner, v STEVEN E. RACETTE, as Superintendent of Clinton Correctional Facility, Respondent. [16 NYS3d 785]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, Rose and Lynch, JJ., concur. Adjudged

---

* The maximum expiration date of his 2001 sentence is March 1, 2016.

that the determination is confirmed, without costs, and petition dismissed.